UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY TERREL DIXON | ) | |
|     Plaintiff, | ) | 20 C 1524 |
| | ) | |
| vs. | ) | Judge Steven C. Seeger |
| | ) | |
| SUPERINTENDENT JONES-HAYES et al. | ) | |
|     Defendants. | ) | |

## STATUS REPORT REGARDING SETTLEMENT

1.  After reviewing Plaintiff's letters, counsel for Defendant Jones-Hayes discovered that, while settlement payout on behalf of the other parties had been approved, Defendant Jones-Hayes' settlement payout had not been received.

2.  On October 5, 2021, counsel for Defendant Jones-Hayes re-submitted a settlement payout letter on behalf of his client on October 5, 2021.

3.  The October 5, 2021 settlement payout submission did not make the agenda for the Cook County Finance Committee's scheduled meeting. However, the next meeting of the Cook County Finance Committee is scheduled for December 15, 2021.

4.  Counsel anticipates that the Finance Committee will approve the payout of the remaining monies due to Plaintiff pursuant to the settlement in this matter.

Respectfully Submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County
By: /s/ *Miguel E. Larios*
Miguel E. Larios
Assistant State's Attorney
50 West Washington St, Suite 2760
Chicago, IL 60602
miguel.larios@cookcountyil.gov

## Certificate of Service

The undersigned certifies that he caused a copy of the foregoing document to be served upon the following individual via U.S. first class mail on November 16, 2021:

Anthony Terrel Dixon #K68178
Taylorville Correctional Center
1144 Illinois Route 29
Taylorville, IL 62568

/s/ Miguel E. Larios